IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDY COLT SHUEMAKER<br>AIS # 277722,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD ELLINGTON, *et al.*,<br><br>    Defendants. | CIV. ACT. NO.  2:12cv835-WHA<br>(WO) |

**OPINION and ORDER**

On September 29, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 16).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failures to prosecute this action properly and to comply with the orders of the court.

A separate Judgment will issue.

Done this the 21st day of October, 2014

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE